UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MICHAEL G. BLANCHARD, | ) | Case No. 05-52650 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Trustee's Final Report**

To:   The Honorable John D. Schwartz
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 13, 2005. Joseph A. Baldi, Trustee was appointed Trustee on October 13, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of April 27, 2008 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $25,106.46 |
| b. | DISBURSEMENTS (See Exhibit C) | | $23.71 |
| c. | NET CASH available for distribution | | $25,082.75 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested | $3,260.65 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | |

|       |                                                                                              |            |
|-------|----------------------------------------------------------------------------------------------|------------|
| (a.)  | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees (Trustee Firm)*             | $3,064.00  |
| (b.)  | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses (Trustee Firm)*         | $33.11     |

5. The Bar Date for filing unsecured claims expired on May 30, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $6,357.76 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $35,794.69 |

7. Trustee proposes that unsecured creditors receive a distribution of 52.31% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $3,260.65 | $0.00 |
| Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee* | $0.00 | $3,064.00 | $33.11 |

9. A fee of $1,835.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: April 27, 2008

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

Trustee's Final Report

Michael G. Blanchard
Case No. 05-52650

Tasks Completed by Trustee

Exhibit A

# EXHIBIT A
## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A. Trustee investigated the Debtor's interest in the property commonly known as 3718 S. 61st Avenue, Cicero, IL ("Property"); Trustee analyzed the title history of the Property; Trustee verified the sale value of the Property, which Property was sold post-petition; as a result of the aforementioned efforts, Trustee determined that the Claim on account of the Transfer, for Debtor's interest in the Property, was equal to approximately 10% of the proceeds from the sale of the house (or $18,624.00); in addition, Trustee determined that the current market value of the Debtor's homestead was higher than the value listed on the Debtor's schedules; based upon the foregoing, the Trustee entered into negotiations with the Debtor for a compromise of the Claim and a settlement of the Debtor's equity in his homestead; ultimately, the Trustee entered into a settlement agreement, which was authorized by this Court pursuant to Order dated June 28, 2007, whereby the Trustee recovered gross proceeds of $25,000.00 on behalf of the Estate in settlement of the Claim and the homestead equity;

B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E. Trustee examined proofs of claim filed against the Estate;

F. Trustee analyzed the tax issues of the Estate; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Trustee's Final Report**

**Michael G. Blanchard
Case No. 05-52650**

Form 1

Individual Estate Property Record and Report

Exhibit B

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 05-52650   JDS   Judge: John D. Schwartz | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BLANCHARD, MICHAEL G | Date Filed (f) or Converted (c): | 10/13/05 (f) |
| | | 341(a) Meeting Date: | 01/12/06 |
| For Period Ending: 04/27/08 | | Claims Bar Date: | 05/30/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Property | 160,000.00 | 0.00 | | 0.00 | FA | 162,196.41 | 7,500.00 |
| Debtor's residence at 3601 S. 57th Avenue, Cicero, IL | | | | | | | |
| 2. Checking, Savings Accounts | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| Checking account at MB Financial | | | | | | | |
| 3. Furniture | 750.00 | 0.00 | | 0.00 | FA | 0.00 | 750.00 |
| 4. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 5. Interests-IRA, ERISA, KEOGH, & etc | 4,000.00 | 0.00 | | 0.00 | FA | 0.00 | 4,000.00 |
| 6. Automobiles and Other Vehicles | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 1999 Chevy Lumina (150,000 miles) | | | | | | | |
| 7. Fraudulent Conveyance Claim (u) | 0.00 | 25,000.00 | | 25,000.00 | 0.00 | 0.00 | 0.00 |
| Debtor's Transfer to Parents of partial interest in Parents home at 3718 South 61st St., Chgo for no consideration | | | | | | | |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 106.46 | Unknown | 0.00 | 0.00 |
| 9. Savings Account | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| Savings Account at MB Financial Bank | | | | | | | |
| TOTALS (Excluding Unknown Values) | $166,150.00 | $25,000.00 | | $25,106.46 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $162,196.41 | $13,650.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor contributed a portion of original purchase price to parents home and then quit claimed his interest for no consideration. Home subsequently sold at an appreciated value. Trustee and Debtor have agreed to settle Estate's claim for $25,000. Obtained court approval of settlement and collected proceeds. Will prep final report and close case..

Initial Projected Date of Final Report (TFR): 03/01/08     Current Projected Date of Final Report (TFR): 05/01/08

LFORM1EX

Ver: 12.63

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-52650 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BLANCHARD, MICHAEL G | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0931 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9383 | | |
| For Period Ending: | 04/27/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 07/19/07 | 7 | BERNARD & PATRICIA BLANCHARD 3601 S. 57th Ave. Cicero, IL 60804-4118 | Settled Fraud. Transfer of RE | 1241-000 | 25,000.00 | | 25,000.00 |
| C 07/31/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.12 | | 25,006.12 |
| C 08/31/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.24 | | 25,027.36 |
| C 09/28/07 | 8 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 15.93 | | 25,043.29 |
| C 10/31/07 | 8 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 15.96 | | 25,059.25 |
| C 11/30/07 | 8 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 13.39 | | 25,072.64 |
| C 12/31/07 | 8 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 11.99 | | 25,084.63 |
| C 01/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 9.94 | | 25,094.57 |
| C t 02/19/08 | | Transfer to Acct #*******5915 | Bank Funds Transfer | 9999-000 | | 23.71 | 25,070.86 |
| C 02/29/08 | 8 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 5.96 | | 25,076.82 |
| C 03/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 5.93 | | 25,082.75 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0931 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 25,000.00 | 0 | Checks | 0.00 |
| | 9 | Interest Postings | 106.46 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 23.71 |
| | | Subtotal | $ 25,106.46 | | | |
| | | | | | Total | $ 23.71 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 25,106.46 | | | |

LFORM2T4

Ver: 12.63

Form 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-52650 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BLANCHARD, MICHAEL G | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5915 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9383 | | |
| For Period Ending: | 04/27/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/19/08 | | Transfer from Acct #*******0931 | Bank Funds Transfer | 9999-000 | 23.71 | | 23.71 |
| C 02/19/08 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 23.71 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******5915 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 1 | Checks | 23.71 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 23.71 |
| | 1 | Transfers In | 23.71 | | | |
| | | Total | $ 23.71 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 25,000.00 | 1 | Checks | 23.71 |
| | 9 | Interest Postings | 106.46 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 23.71 |
| | | Subtotal | $ 25,106.46 | | | |
| | | | | | Total | $ 47.42 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 23.71 | | | |
| | | Total | $ 25,130.17 | | Net Total Balance | $ 25,082.75 |

LFORM2T4

Ver: 12.63

**Bank of America**

```
CUSTOMER CONNECTION                          Account Number    3754930931
BANK OF AMERICA, N.A.                        01 01 148 06 M0000 E#        0
DALLAS, TEXAS   75283-2406                   Last Statement:   02/29/2008
                                             This Statement:   03/31/2008
```

```
                                             Customer Service
                                             1-877-757-8233
ESTATE OF
BLANCHARD, MICHAEL G, DEBTOR
JOSEPH BALDI - TRUSTEE                       Page      1 of     2
05-52650
C/O GLOBAL GOVERNMENT BANKING                Bankruptcy Case Number: 0552650
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS MONEY MARKET SAVINGS

### Account Summary Information

```
Statement Period 03/01/2008 - 03/31/2008    Statement Beginning Balance     25,076.82
Number of Deposits/Credits            1     Amount of Deposits/Credits           5.93
Number of Checks                      0     Amount of Checks                      .00
Number of Other Debits                0     Amount of Other Debits                .00
                                            Statement Ending Balance        25,082.75
Number of Enclosures                  0
                                            Service Charge                        .00
```

### Interest Information

```
Amount of Interest Paid           5.93      Interest Paid Year-to-Date          21.83
Annual Percentage Yield Earned     .28%
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/31 | | 5.93 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF $25,076.82 | 09840003239 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/29 | 25,076.82 | 25,076.82 | 03/31 | 25,082.75 | 25,082.75 |




Recycled Paper

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MICHAEL G. BLANCHARD, | ) | Case No. 05-52650 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Proposed Distribution Report**

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $6,357.76 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $18,724.99 |
| Interest [726(a)(5)]: | $0.00 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$25,082.75** |

Exhibit D

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $6,357.76 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $3,260.65 | $3,260.65 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $3,064.00 | $3,064.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses* | $33.11 | $33.11 |
| | **CLASS TOTALS** | **$6,357.76** | **$6,357.76** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) – Contributions to Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 35,794.69 | 52.31 |

Exhibit D

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Chase Bank USA, N.A. *Payments to Unsecured Credit Card Holders* | $6,693.34 | $3,501.43 |
| 000002 | US Bank NA *General Unsecured 726* | $27,248.81 | $14,254.45 |
| 000003 | American Express Travel Related Svc. *Payments to Unsecured Credit Card Holders* | $1,852.54 | $969.11 |
| | **CLASS TOTALS** | **$35,794.69** | **$18,724.99** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant: **None.**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __May 8, 2008__          _____/s/ Joseph A. Baldi, as trustee_____

Exhibit D