UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MICHAEL G. BLANCHARD, | ) | Case No. 05-52650 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Order Awarding Compensation and Expenses to Trustee's Attorneys**

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows;

1. Compensation     $3,064.00
2. Expenses         $   33.11

   TOTAL            $3,097.11

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____


ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE