UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| MICHAEL G. BLANCHARD, ) | Case No. 05-52650 | |
| ) | | |
| Debtor. ) | Hon. John D. Schwartz | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:     U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL

    On: **July 16, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $25,106.46 |
    | Disbursements | $23.71 |
    | Net Cash Available for Distribution | $25,082.75 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $3,260.65 | $0.00 |
    | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee* | $0.00 | $3,064.00 | $33.11 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7.  Claims of general unsecured creditors totaling $35,794.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 52.31%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $6,693.34 | $3,501.43 |
| 000002 | US Bank NA | $27,248.81 | $14,254.45 |
| 000003 | American Express Travel Related Svc. | $1,852.54 | $969.11 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

For the Court,

Dated: **June 6, 2008**

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Trustee: Joseph A. Baldi
Address: Suite 1500
19 South LaSalle Street
Chicago, IL 60603
Phone No.: (312) 726-8150

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Jun 06, 2008
Case: 05-52650                Form ID: pdf002             Total Served: 31


The following entities were served by first class mail on Jun 08, 2008.
db           +Michael G Blanchard,    3601 S. 57th Ave.,    Cicero, IL 60804-4315
aty          +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Lincoln M King,    Ruddy, Milroy & King,    1700 N Farnsworth Ave,    Ste 12,
               Aurora, IL 60505-1186
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
10183004      AZ Commercial,    P.O. Box 9163,    Des Moines, IA 50368-9163
10183002      American Express,    Customer Service,    P.O. Box 7863,    Fort Lauderdale, FL 33329-7863
10686998      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
10183001     +American Express Travel Related Svcs Co Inc Corp,    c/o Becket and Lee, LLP,    P O Box 3001,
               Malvern, PA 19355-0701
10183003     +Aurora Automotive (NAPA),    220 W. Galena Blvd,    Aurora, IL 60506-4097
10183005     +Carquest,    P.O. Box 93263,    Chicago, IL 60673-0001
10183006     +Carquest Auto Parts Stores,    P.O. Box 503628,    St. Louis, MO 63150-0001
10183007      Chase Bank,    P.O. Box 2071,    Milwaukee, WI 53201-2071
10641806     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10183008     +Dell,    P.O. Box 5292,    Carol Stream, IL 60197-5292
10183009     +Fonda Vamvaraas,    532 Forest Mews,    Oak Brook, IL 60523-2618
10183010     +GC Services, Limited Partnership,    10040 N. 25th Ave. #200,    Phoenix, AZ 85021-0631
10183011     +JPMorgan Chase Bank, N.A.,    C/O Collections Support,    P.O. Box 71 AZ1-2519,
               Phoenix, AZ 85001-0071
10183012     +Kenneth R. Siegan & Associates, P.C.,    One N. Franklin Street, Ste 650,    Chicago, IL 60606-3455
10183013      MCI,    P.O. Box 382040,    Pittsburg, PA 15251-8040
10183014     +Messerli & Kramer,    3033 Campus Drive, Suite 250,    Plymouth, MN 55441-2662
10183016     +Norcor Autocare Associates,    C/O Colliers,    6988 Paysphere Circle,    Chicago, IL 60674-0069
10183017     +Premier Insurance,    127 N. Walnut,    Itasca, IL 60143-1729
10183018     +SBC,    Chicago, IL 60663-0001
10183019      U.S. Bank NA,    P.O. Box 6345,    Fargo, ND 58125-6345
10675373     +US Bank NA,    PO Box 5229,    Cincinnati, Ohio 45201-5229
10183020     +Valvoline,    P.O. Box 93263,    Chicago, IL 60673-0001
10183021    ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: Wachovia Bank,     P.O. Box 563966,    Charlotte, NC 28256-3966)
10183022      Washington Mutual,    P.O. Box 3139,    Milwaukee, WI 53201-3139

The following entities were served by electronic transmission on Jun 07, 2008.
10183015      E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P.O. Box 2020,
               Aurora, IL 60507-2020
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Joseph A Baldi & Associates Pc
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2008**                    **Signature:** *Joseph Speetjens*