## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael G. Blanchard, | ) | Hon. John D. Schwartz |
| | ) | |
| Debtor. | ) | Case No. 05-52650 |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**


To: The Honorable John D. Schwartz
United States Bankruptcy Judge


Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: August 19, 2008


_____/s/_____
Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael G. Blanchard, | ) | Case No. 05-52650 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Order Awarding Trustee Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows:

1. Compensation        $3,260.65

TOTAL        $3,260.65

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

1 6 JUL 2008

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MICHAEL G. BLANCHARD, | ) | Case No. 05-52650 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Order Awarding Compensation and Expenses to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows;

1. Compensation     $3,064.00
2. Expenses        $   33.11

     TOTAL     $3,097.11

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
          UNITED STATES BANKRUPTCY JUDGE

**1 6 JUL 2008**

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael G. Blanchard, | ) | Case No. 05-52650 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**Summary of Distribution:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $6,357.76 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $18,738.56 |
| Interest [726(a)(5)]: | $0.00 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| **Total Amount To Be Distributed:** | $25,096.32 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $6,357.76 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $3,260.65 | $3,260.65 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $3,064.00 | $3,064.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses* | $33.11 | $33.11 |
| | **CLASS TOTALS** | **$6,357.76** | **$6,357.76** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital     Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 35,794.69 | 52.35 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Chase Bank USA, NA. *Payments to Unsecured Credit Card Holders* | $6,693.34 | $3,503.97 |
| 000002 | US Bank NA *General Unsecured 726* | $27,248.81 | $14,264.78 |
| 000003 | Am. Express Travel Related Svc *Payments to Unsecured Credit Card Holders* | $1,852.54 | $969.81 |
| | **CLASS TOTALS** | **$35,794.69** | **$18,738.56** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant: **None.**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: July 22, 2008                    _____/s/ Joseph Baldi, trustee_____

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

Form 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-52650 -JDS |
|---|---|
| Case Name: | BLANCHARD, MICHAEL G |

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0931  Money Market Account (Interest Earn |

Taxpayer ID No:   *******9383
For Period Ending:   08/19/08

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  07/19/07 | 7 | BERNARD & PATRICIA BLANCHARD 3601 S. 57th Ave. Cicero, IL  60804-4118 | Settled Fraud. Transfer of RE | 1241-000 | 25,000.00 | | 25,000.00 |
| C  07/31/07 | 8 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 6.12 | | 25,006.12 |
| C  08/31/07 | 8 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 21.24 | | 25,027.36 |
| C  09/28/07 | 8 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 15.93 | | 25,043.29 |
| C  10/31/07 | 8 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 15.96 | | 25,059.25 |
| C  11/30/07 | 8 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 13.39 | | 25,072.64 |
| C  12/31/07 | 8 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 11.99 | | 25,084.63 |
| C  01/31/08 | 8 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 9.94 | | 25,094.57 |
| C t  02/19/08 | | Transfer to Acct #*******5915 | Bank Funds Transfer | 9999-000 | | 23.71 | 25,070.86 |
| C  02/29/08 | 8 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 5.96 | | 25,076.82 |
| C  03/31/08 | 8 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 5.93 | | 25,082.75 |
| C  04/30/08 | 8 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 5.14 | | 25,087.89 |
| C  05/30/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 3.18 | | 25,091.07 |
| C  06/30/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 3.09 | | 25,094.16 |
| C  07/22/08 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.16 | | 25,096.32 |
| C t  07/22/08 | | Transfer to Acct #*******5915 | Final Posting Transfer | 9999-000 | | 25,096.32 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account   *******0931 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 25,000.00 | 0 | Checks | 0.00 |
| | 13 | Interest Postings | 120.03 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 25,120.03 |
| | | Subtotal | $  25,120.03 | | | |
| | | | | | Total | $  25,120.03 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  25,120.03 | | | |

LFORM2T4

Ver: 14.03a

Form 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-52650 -JDS |
| Case Name: | BLANCHARD, MICHAEL G |
| Taxpayer ID No: | *******9383 |
| For Period Ending: | 08/19/08 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5915 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 02/19/08 | | Transfer from Acct #*******0931 | Bank Funds Transfer | 9999-000 | 23.71 | | 23.71 |
| C 02/19/08 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 23.71 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t 07/22/08 | | Transfer from Acct #*******0931 | Transfer In From MMA Account | 9999-000 | 25,096.32 | | 25,096.32 |
| C 07/23/08 | 001002 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 3,260.65 | 21,835.67 |
| | | Joseph A. Baldi & Associates | | | | | |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| C 07/23/08 | 001003 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,064.00 | 18,771.67 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| C 07/23/08 | 001004 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Expenses (Trus | 3120-000 | | 33.11 | 18,738.56 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| C 07/23/08 | 001005 | US Bank NA | Claim 000002, Payment 52.35% | 7100-000 | | 14,264.78 | 4,473.78 |
| | | PO Box 5229 | unsecured credit card; Okay, scheduled for $28,000 | | | | |
| | | Cincinnati, Ohio 45201 | | | | | |
| C 07/23/08 | 001006 | Chase Bank USA, N.A. | Claim 000001, Payment 52.35% | 7100-900 | | 3,503.97 | 969.81 |
| | | c/o Weinstein & Riley, P.S. | Okay.  Scheduled for 18,000 | | | | |
| | | 2101 4th Avenue, Suite 900 | | | | | |
| | | Seattle, WA, 98121 | | | | | |
| C 07/23/08 | 001007 | American Express Travel Related Svcs Co | Claim 000003, Payment 52.35% | 7100-900 | | 969.81 | 0.00 |
| | | Inc Corp | Okay.  Scheduled for $2000 | | | | |
| | | c/o Becket and Lee, LLP | | | | | |
| | | P O Box 3001 | | | | | |
| | | Malvern, PA 19355 | | | | | |

LFORM2f4

Ver: 14.03a

Page:   3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-52650 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BLANCHARD, MICHAEL G | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5915 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9383 | | |
| For Period Ending: | 08/19/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| Account *******5915 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 7 | Checks | 25,120.03 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 25,120.03 |
| | 2 | Transfers In | 25,120.03 | | | |
| | | Total | $ 25,120.03 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 25,000.00 | 7 | Checks | 25,120.03 |
| | 13 | Interest Postings | 120.03 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 25,120.03 |
| | | Subtotal | $ 25,120.03 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 50,240.06 |
| | 2 | Transfers In | 25,120.03 | | | |
| | | Total | $ 50,240.06 | | Net Total Balance | $ 0.00 |

Ver: 14.03a